## DILL et al. v. ANDERSON et al.

No. 16511—Opinion Filed May 17, 1927.

Error from District Court, Okfuskee County; John L. Norman, Judge.

Action by W. H. Dill et al. against J. J. Anderson et al. Judgment for defendants, and plaintiffs appeal. Reversed.

T. H. Ottesen, for plaintiffs in error.

White & Nichols, for defendants in error.

PHELPS, J. This cause comes here on appeal from the district court of Okfuskee county and presents two questions: First, is the sale of a minor's real estate void when the face of the record shows that it was sold at private sale more than six months after the date fixed in the notice of sale on or after which the sale would be made? and, second, whether the minor's ac-

tion to set aside the sale is barred by the statute of limitations when the same is commenced within three years after the minor attains her majority.

There is no contention but that the real estate was sold after the expiration of such six months period, nor is there any dispute that the suit was filed within three years after the minor attained her majority, and, under the facts, the questions of law presented are fully discussed and settled in Cummings v. Inman, 119 Okla. 9, 247 Pac. 379, wherein the same questions were raised as to the sale by the same guardian of another portion of the same minor's real estate, and, since the questions herein involved are so thoroughly discussed and settled in that cause, reference is hereby made to the opinion in that case, and the reasoning and syllabus in that opinion are hereby adopted in this cause, and upon the conclusions therein reached, the judgment of the district court of Okfuskee county is reversed, with directions to the trial court to proceed in conformity with the views therein expressed.

MASON, V. C. J., and HARRISON, LESTER, HUNT, RILEY, and HEFNER, JJ., concur.